# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

June 17, 2024

**Via ECF**

Hon. J. Paul Oetken
United States District Court
40 Foley Square
New York, NY 10007

      Re:    **Jocelyn Ojeda with IS Chrystie Management LLC d/b/a Public Hotel**
              **23-CV-8237 (JPO)**

Dear Judge Oetken:

      We represent Plaintiff Jocelyn Ojeda in the above-referenced matter. I write to respectfully request an adjournment of the initial conference that was scheduled for June 26, 2024 at 3:00 pm. The reason for this request is that I have a previously scheduled mediation that day. Defense counsel consents to this request. The parties have conferred and are available for the conference on July 16, 22, 25 and 26. No prior request for an adjournment has been made by any party.

      I thank the Court for its consideration of this matter.

                                           Respectfully submitted,

                                           BRIAN HELLER

cc:    All counsel – via ECF

> Granted. The initial pretrial conference scheduled for June 26, 2024, is adjourned to July 16, 2024, at 2:30 pm. So ordered.
>
> June 20, 2024

J. PAUL OETKEN
United States District Judge